IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>        Plaintiffs,<br><br>  v.<br><br>FINJAN BLUE LLC and FINJAN HOLDINGS LLC,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. _____<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

This \_\_\_\_ day of _____ 2021, Plaintiff International Business Machines Corporation having moved for leave to file the Complaint in this action under seal, and the Court having determined that good cause exists for the requested relief; now, therefore,

IT IS HEREBY ORDERED that Plaintiff's motion for leave to file the Complaint under seal is GRANTED.

IT IS FURTHER HEREBY ORDERED that Plaintiff shall file a public version of the materials filed under seal, which redacts any confidential information, within seven days of this Order.

Dated: _____

                                                                                         United States District Judge