IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, ) ) ) Plaintiff, ) ) v. ) ) FINJAN BLUE LLC AND FINJAN HOLDINGS LLC, ) ) Defendants. | C.A. No. 21-785 (LPS) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff International Business Machines Corporation hereby voluntarily dismisses the above-captioned action with prejudice.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Plaintiff*

OF COUNSEL:

Peter Chaffetz
CHAFFETZ LINDSEY LLP
1700 Broadway, 33rd Floor
New York, NY 10019
(212) 257-6960

June 29, 2021